460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Fein, Sandler, Bloom and Yesawich, JJ.

■ PAPER & PRINTING INFORMATION CENTER, INC., Respondent, v AT HOME MAGAZINE, INC., et al., Appellants, and Third-Party Plaintiffs-Appellants. JULES KROLL ASSOCIATES, INC., et al., Third-Party Defendants-Respondents.—Appeals from order, Supreme Court, New York County, entered on July 5, 1979, and order, entered on August 23, 1979, withdrawn, without costs to either party as against the other. No opinion. Concur—Birns, J. P., Ross, Markewich and Yesawich, JJ.

■ WILLIE E. EDMONDS, Petitioner, v CHASE MANHATTAN BANK, N. A., et al., Respondents.—Order of the State Human Rights Appeal Board dated November 29, 1979, unanimously confirmed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Birns, Sandler, Ross and Markewich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE MORALES, Appellant.—Judgment, Supreme Court, Bronx County, rendered on June 1, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Birns, J. P., Sandler, Ross, Markewich and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NORMAN JONES, Appellant.—Judgment, Supreme Court, New York County, rendered on April 5, 1979, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Fein, Lupiano, Bloom and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD MCGRATH, Appellant.—Judgment, Supreme Court, New York County, rendered on October 31, 1979, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Fein, Lupiano, Bloom and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRED PARIZOT, Appellant.—Judgment, Supreme Court, New York County, rendered on September 14, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Fein, Lupiano, Bloom and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARMANDO DIAZ, Appellant.—Judgment, Supreme Court, New York County, rendered on June 22, 1979, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Fein, Lupiano, Bloom and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT CARRASQUILLO, Appellant.—Judgment, Supreme Court, Bronx County, rendered on December 15, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,*